## 47978. MALCOLM v. COTTON.

STOLZ, Judge. In this companion case to *Malcolm v. Cotton,* 128 Ga. App. 699, the plaintiff husband sought damages for personal injuries and property damage to his automobile. The trial judge granted the defendant's motion for a directed verdict on his defense of accord and satisfaction, then later granted the plaintiff's amended motion for new trial on the special ground that the circumstances of the case created a valid, equitable reason not to enforce the legal principle forbidding the splitting of a cause of action (claim). The defendant appeals from the order granting the motion for new trial. *Held:*

The order granting the motion for a new trial was not an appealable judgment under Code Ann. § 6-701 (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073). No certificate for immediate review was entered under the provisions of Code Ann. § 6-701 (a, 2). Thus, the case is still pending in the court below and the appeal is premature. *Eastland v. Candler,* 225 Ga. 585 (170 SE2d 422) and cit.; *Pilgreen's Airport, Inc. v. Gold,* 122 Ga. App. 194 (176 SE2d 480). Accordingly, on appellee's motion to dismiss the appeal, it must be dismissed.

*Appeal dismissed. Eberhardt, P. J., and Pannell, J., concur.*

SUBMITTED MARCH 7, 1973 — DECIDED APRIL 3, 1973.

*Ross & Finch, I. J. Parkerson, Malcolm P. Smith,* for appellant.

*Erwin, Epting, Gibson & Chilivis, Eugene A. Epting,* for appellee.